

# NUMBER 13-25-00094-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CAMERON COUNTY,                                                    Appellant,

v.

MARTINA VILLARREAL YOUNG,                                          Appellee.

## ON APPEAL FROM THE 107TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice West**

This matter is before the Court on a joint motion to dismiss. The joint motion to dismiss requests that we dismiss the appeal and render judgment to effectuate the parties' agreement.

The joint motion is construed as a motion for voluntary dismissal as contemplated by Texas Rule of Appellate Procedure 42.1(a)(2). *See* TEX. R. APP. P. 42.1(a)(2)(B) (allowing this Court to set aside the trial court's judgment without regard to the merits and remand the case for rendition of judgment in accordance with the parties' settlement agreement). The parties have executed a settlement agreement and have settled all claims.

On April 10, 2025, we abated the appeal and remanded the matter to the trial court to make findings related to the appellate record. Upon review of the record and the motion before us now, we are able to fully consider the joint motion. Accordingly, we reinstate the appeal, grant the joint motion, vacate the trial court's final judgment entered in 2024-DCL-02952-A, and remand the appeal for rendition of judgment of dismissal in accordance with the parties' agreement. *See id*. Additionally, costs are taxed against the party incurring the same, in accordance with the parties' agreement and joint motion. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
10th day of July, 2025.

2